IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| DELILAH STRINGFELLOW, | ) |
| | ) |
| PLAINTIFF, | ) CASE NUMBER: 1:07cv242-MHT |
| | ) |
| VS. | ) JURY DEMAND |
| | ) |
| SOUTHERN TIER AGENCY, INC., & | ) |
| PATRICK MICHAEL CORBETT, INDIVIDUALLY, | ) |
| | ) |
| DEFENDANTS. | ) |

**COMPLAINT**

**I. INTRODUCTION**

1. This is a Complaint for actual damages and statutory damages brought by the Plaintiff, Delilah Stringfellow, against the Defendants, Southern Tier Agency, Inc. and Patrick Michael Corbett, Individually, for the Defendants' violation of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. (hereinafter, "FDCPA").

**II. JURISDICTION AND VENUE**

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1337.

3. Venue in this district is proper in that the conduct complained of occurred here. Furthermore, upon information and belief, Ms. Stringfellow asserts that the Defendants regularly transact business here.

**III. PARTIES**

4. The Plaintiff, Delilah Stringfellow, is a resident citizen of Houston County, Alabama.

5. The Defendant, Southern Tier Agency, Inc. (hereinafter, "Southern Tier Agency") is a New York corporation engaged in the debt collection business with its principal place of business believed to be located at 2265 George Urban Boulevard, Depew, New York 14043.

6. The Defendant, Patrick Michael Corbett (hereinafter, "Patrick Corbett"), is an attorney engaged in the debt collection business with his principal place of business believed to be located at 2265 George Urban Boulevard, Depew, New York 14043.

7. The Defendant, Southern Tier Agency, regularly attempts to collect debts alleged to be due another.

8. The Defendant, Patrick Corbett, regularly attempts to collect debts alleged to be due another.

9. The Defendant, Southern Tier Agency, is a debt collector as defined by the FDCPA, 15 U.S.C. § 1692a(6).

10. The Defendant, Patrick Corbett, is a debt collector as defined by the FDCPA, 15 U.S.C. § 1692a(6).

## IV. FACTUAL ALLEGATIONS

11. The alleged indebtedness to the Defendants purportedly originated from a "Fast Cash" account.

12. On or about February 22, 2007, the Defendants' employee telephoned Mr. Kyle Robertson at his home, and requested that he (Kyle Robertson) deliver a message to Ms. Stringfellow advising her that a lawsuit had been filed against her. Furthermore, the Defendants' requested that the Plaintiff contact them about the alleged consumer debt.

13. On or about February 22, 2007, the Defendants' employee telephoned Mr. Robert Stringfellow at his home, and requested that he (Robert Stringfellow) deliver a message to Ms. Stringfellow that a lawsuit had been filed against her and requested that the Plaintiff contact the Defendants.

14. On or about February 22, 2007, the Defendants' employee telephoned Mrs. Delores Wilemon at her home, and left a message on her (Delores Wilemon) answering machine requesting that the Plaintiff call the Defendants regarding an alleged debt.

15. On or about February 23, 2007, the Plaintiff telephoned the Defendant, Attorney Patrick Corbett, and requested information about the various telephone calls.

16. During the course of her conversation with Defendant's office, the Plaintiff spoke with a collector identifying herself as "Julie Jones."

17. During the course of the conversation on February 23, 2007, the collector known as Julie Jones repeatedly referred to a lawsuit that had been filed against the Plaintiff.

18. Following the Plaintiff's conversation with Julie Jones, the Plaintiff has never received any writing pertaining to the alleged consumer debt.

19. A search of the records of the Houston County, Alabama court files reveals that Fast Cash nor the Defendants filed a lawsuit against Ms. Delilah Stringfellow.

## VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

20. The Plaintiff, Delilah Stringfellow, adopts and incorporates paragraphs 1 through 19 as if fully set out herein.

21. The Defendants, Southern Tier Agency and Patrick Corbett, violated the FDCPA including, but not limited to, 15 U.S.C. §§ 1692d, -e, -f; or -g.

22. The Plaintiff has been damaged as a result of the Defendants' actions.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff, Delilah Stringfellow, requests this Honorable Court enter judgment against the Defendants, Southern Tier Agency, Inc. and Patrick Michael Corbett, individually, for the following:

   a) Actual damages;

   b) Maximum statutory damages of $1,000.00 pursuant to 15 U.S.C. § 1692k;

   c) Costs and reasonable attorney fees; and,

   d) For all other relief that is just.

Respectfully submitted,

BROCK & STOUT

*/s/ David G. Poston*

David G. Poston, Esq.
Michael D. Brock, Esq.
Gary W. Stout, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email: christal@circlecitylaw.com