AO 440 '(Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__   District of   __ALABAMA__

DELILAH STRINGFELLOW

V.

SOUTHERN TIER AGENCY, INC., &
PATRICK MICHAEL CORBETT, INDIVIDUALLY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07 cv 242-MHT

TO: (Name and address of Defendant)

SOUTHERN TIER AGENCY, INC.
ATTN: "OFFICER" OF SOUTHERN TIER AGENCY, INC.
2265 GEORGE URBAN BLVD
DEPEW, NY 14043

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID G. POSTON
BROCK & STOUT
POST OFFICE DRAWER 311167
ENTERPRISE, AL 36331

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

_Debra P. Hackett_   _March 20, 2006_

CLERK   DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE ||
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
               Date              *Signature of Server*

                                _____
                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Shingfellow

B. Received by (Printed Name)    C. Date of Delivery

☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES enter delivery address below: ☐ No

3. Service Type
☒ Certified + Return Receipt

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
7105 4522 6449 0044 2645

1. Article Addressed to:

Southern Tier Agency, Inc.
Attn: Officer of Southern Tier Agency, Inc.
2265 George Urban Blvd.
Depew, NY 14043

1:07cv242mht (Cnglsms 20 dep)

PS Form 3811    Domestic Return Receipt

FORM # LCD-811  www.lasersub.com
REORDER FROM LASER SUBSTRATES, INC.™ 800-538-4900

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

DELILAH STRINGFELLOW

V.

SOUTHERN TIER AGENCY, INC., &
PATRICK MICHAEL CORBETT, INDIVIDUALLY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07cv242-MHT

TO: (Name and address of Defendant)

PATRICK MICHAEL CORBETT, ESQ.
2265 GEORGE URBAN BLVD
DEPEW, NY 14043

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID G. POSTON
BROCK & STOUT
POST OFFICE DRAWER 311167
ENTERPRISE, AL 36331

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                    March 20, 2007

CLERK                                                 DATE

*Anna M. Mayfleet*

(By) DEPUTY CLERK

◈AO 440  (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                  Date                *Signature of Server*

                                    _____
                                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**USPS Domestic Return Receipt (PS Form 3811)**

- Signature: X
- Service Type: Certified / Ret. Receipt (checked)
- Article Number: 7105 4522 6449 9004 4265 2
- Article Addressed to: Patrick Michael Corbett, Esq., 2265 George Urban Blvd., Depew, NY 14043
- Notation: Shringfellow
- Handwritten: 1:07cv242-MHT (Complaint 20 days)

FORM # LCD-811  www.lasersub.com
REORDER FROM LASER SUBSTRATES, INC.™ 800-538-4900