Stringfellow

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY |

**7105 4522 6449 0044 2645**

A. Signature
X _(signature)_
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*  | C. Date of Delivery

1. Article Addressed to:

Southern Tier Agency, Inc.
Attn: Officer of Southern Tier Agency, Inc.
2265 George Urban Blvd.
Depew, NY 14043

D. Is delivery address different from item 1? ☐ Yes
If YES enter delivery address below: ☐ No

3. Service Type   ☒ Certified + Return Receipt

1:07cv 242 MHT (Cmplsms 20 Dep)

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

PS Form 3811                     **Domestic Return Receipt**