Stringfellow

**2. Article Number**

7105 4522 6449 0044 2652

1. Article Addressed to:

atrick Michael Corbett, Esq.
265 George Urban Blvd.
epew, NY 14043

1:07cv242-MHT (cmplsm 20 cys)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES enter delivery address below:        ☐ No

3. Service Type   ☒ Certified / Ret. Rec.

Restricted Delivery? (Extra Fee)   ☐ Yes

PS Form 3811        Domestic Return Receipt