IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DELILAH STRINGFELLOW, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | CASE NO. #: 1:07-CV-242 |
| ) | |
| SOUTHERN TIER AGENCY, INC., & ) | |
| PATRICK M. CORBETT, INDIVIDUALLY, ) | |
| ) | |
| DEFENDANTS. ) | |

## NOTICE OF DISMISSAL WITH PREJUDICE

In the above-styled case, the Plaintiff, Delilah Stringfellow, by and through her undersigned attorney, submits this Notice of Dismissal, With Prejudice, as to Southern Tier Agency, Inc., and Patrick M. Corbett.

Respectfully submitted,

BROCK & STOUT

*/s/ David G. Poston*
David G. Poston, Esq.
Walter A. Blakeney, Esq.
Michael D. Brock, Esq.
Gary W. Stout, Esq.
Post Office Drawer 311167
Enterprise, Alabama 36330
334-671-5555
334-671-2689 Facsimile
Email: christal@circlecitylaw.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that I have this date served a copy of the foregoing upon Southern Tier Agency, Inc. and Patrick M. Corbett, Esq., 2265 George Urban Blvd., Depew, New York 14043, by placing a copy of same in the U.S. Mail, postage prepaid and properly addressed or by electronic mail this the **29th** day of May, 2007:

*/s/ David G. Poston*
David G. Poston