**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

ELEPHONE (334) 954-3600

May 30, 2007

# NOTICE OF VOLUNTARY DISMISSAL

FROM:     Clerk's Office

Case Style:  Stringfellow v. Southern Tier Agency, Inc. Et al

Case No.:   1:07cv242-MHT

Pursuant to the Notice of Dismissal e-filed by the plaintiff on 5/29/07, this case has been closed and removed from the docket of this court.

Case 1:07-cv-00242-MHT-TFM    Document 6    Filed 05/30/2007    Page 2 of 2